

# NUMBER 13-22-00244-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

SORAYA O.CARBONE COCIGLIO,                                    Appellant,

v.

JOSE CORREA,                                                  Appellee.

---

### On appeal from County Court at Law No. 4
### of Hidalgo County, Texas.

---

## ORDER TO CORRECT NOTICE OF APPEAL

### Before Chief Justice Contreras and Justices Longoria and Silva
### Order Per Curiam

This cause is currently before the Court on appellant's third motion for extension of time to cure a notice of appeal defect. On May 31, 2022, the Clerk of the Court notified appellant that the notice of appeal did not comply with Texas Rules of Appellate Procedure 9.1 and 9.5. *See* TEX. R. APP. P. 9.1, 9.5. We previously granted two extensions to cure the defect.

Appellant requests more time to obtain an attorney. However, pro se litigants are held to the same standards as licensed attorneys, and they must therefore comply with all applicable rules of procedure. *Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184-85 (Tex. 1978).

Appellant has failed to cure the defects in her notice of appeal. Therefore, this motion is granted and appellant is hereby ORDERED to file an amended notice of appeal. Failure to file an amended notice of appeal within ten days of this order will result in dismissal of this matter. *See* TEX. R. APP. P. 42.3(c).

PER CURIAM

Delivered and filed on the
8th day of December, 2022.